# EXHIBIT A

Int. Cls.: 16, 37 and 40

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,484,383
Registered Sep. 4, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## ACE DURAFLO

PIPE RESTORATION TECHNOLOGIES, LLC (NEVADA LIMITED LIABILITY COMPANY)
3885 S. DECATUR BLVD. SUITE 3010
LAS VEGAS, NV 89103

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, STATIONERY ITEMS, CARDBOARD, PACKING MATERIALS, PHOTOGRAPHS, PROMOTIONAL PRINTED MATTER, INSTRUCTIONAL AND TEACHING MATERIALS, AND DISPLAY ITEMS SOLD OR DISTRIBUTED TO LICENSEES OR FRANCHISES FOR THE PURPOSE OF PROMOTING AND IDENTIFYING INSTALLATION WORK, AND THE REPAIR, RESTORATION, RENOVATION AND PRESERVATION OF SANITARY PIPE, POTABLE WATER AND OTHER SIMILAR PIPE INSTALLATIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-29-1999; IN COMMERCE 5-1-1999.

FOR: BUILDING CONSTRUCTION AND REPAIR, NAMELY INFORMATION AND SERVICES CONCERNING BUILDING REPAIR NAMELY INSTALLATION WORK, AND THE REPAIR, RESTORATION, RENOVATION AND PRESERVATION OF SANITARY PIPE, POTABLE WATER AND OTHER SIMILAR PIPE INSTALLATIONS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-29-1999; IN COMMERCE 5-1-1999.

FOR: TREATMENT OF MATERIALS, NAMELY THE MECHANICAL CLEANING AND TREATMENT OF PIPES AND TUBES FOR THE PURPOSE OF REPAIR, RESTORATION, RENOVATION AND PRESERVATION OF SUCH INSTALLATIONS , IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 4-29-1999; IN COMMERCE 5-1-1999.

SER. NO. 75-786,842, FILED 8-27-1999.

C. DIONNE CLYBURN, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 37

Prior U.S. Cls.: 100, 103, and 106

United States Patent and Trademark Office

**Reg. No. 3,166,746**
Registered Oct. 31, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# EPIPE

PIPE RESTORATION TECHNOLOGIES, LLC (NE-
VADA LTD LIAB CO)
711 WEST KIMBERLY AVENUE, SUITE 100
PLACENTIA, CA 92870

FOR: RESTORATION AND REPAIR OF PIPES, IN
CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 8-13-2005; IN COMMERCE 8-13-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-677,348, FILED 7-26-2005.

SHAUNIA WALLACE, EXAMINING ATTORNEY

# EXHIBIT C

**Int. Cl.: 2**

**Prior U.S. Cls.: 6, 11, and 16**

**United States Patent and Trademark Office**

Reg. No. 3,410,670

Registered Apr. 8, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# EPIPE

PIPE RESTORATION TECHNOLOGIES, LLC (NE-VADA LTD LIAB CO)
1370 REYNOLDS AVE., SUITE 112
IRVINE, CA 92614

FOR: EPOXY LINER IN THE NATURE OF EPOXY COATINGS FOR PIPES, SANITARY PIPES, POTA-BLE WATER AND OTHER SIMILAR PIPE INSTAL-LATIONS TO PROTECT PIPES AND PREVENT CORROSION, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 12-11-2007; IN COMMERCE 12-11-2007.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-812,348, FILED 2-10-2006.

ANDREA K. NADELMAN, EXAMINING ATTOR-NEY

# EXHIBIT D

Int. Cl.: 2

Prior U.S. Cls.: 6, 11, and 16

**United States Patent and Trademark Office**

Reg. No. 3,442,802

Registered June 3, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# ELINER

ACE DURAFLO SYSTEMS, LLC (NEVADA LTD
    LIAB CO)
1370 REYNOLDS AVE., SUITE 112
IRVINE, CA 92614

FOR: EPOXY LINER IN THE NATURE OF EPOXY
COATINGS FOR PIPES, SANITARY PIPES, POTA-
BLE WATER AND OTHER SIMILAR PIPE INSTAL-
LATIONS TO PROTECT PIPES AND PREVENT
CORROSION, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 10-22-2007; IN COMMERCE 10-22-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-891,448, FILED 5-24-2006.

NORA BUCHANAN WILL, EXAMINING ATTOR-
NEY

# EXHIBIT E

# United States of America

## United States Patent and Trademark Office

# LEADSMART

**Reg. No. 5,160,560**

**Registered Mar. 14, 2017**

**Int. Cl.: 37, 41**

**Service Mark**

**Principal Register**

Pipe Restoration Technologies, LLC (NEVADA LIMITED LIABILITY COMPANY)
3122 W. Alpine Street
Santa Ana, CA 92704

CLASS 37: Building construction and repair, namely, building repair information and services, namely, remediation of conditions within plumbing systems causing the leaching of lead and other contaminates into water

FIRST USE 8-2-2016; IN COMMERCE 8-2-2016

CLASS 41: Educational services, namely, providing training of plumbers and contractors for certification in the field of identification and remediation of conditions within plumbing systems causing the leaching of lead and other contaminates into water

FIRST USE 8-2-2016; IN COMMERCE 8-2-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-126,250, FILED 08-03-2016
CHRISTOPHER M LAW, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# EXHIBIT F

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,354,763**

**Registered Dec. 12, 2017**

**Int. Cl.: 37, 41**

**Service Mark**

**Principal Register**

Pipe Restoration Technologies, LLC (NEVADA LIMITED LIABILITY COMPANY)
3122 W. Alpine Street
Santa Ana, CALIFORNIA 92704

CLASS 37: Building construction and repair, namely, building repair information and services, namely, remediation of conditions within plumbing systems causing the leaching of lead and other contaminates into water

FIRST USE 5-2-2017; IN COMMERCE 5-2-2017

CLASS 41: Educational services, namely, providing training of plumbers and contractors for certification in the field of identification and remediation of conditions within plumbing systems causing the leaching of lead and other contaminates into water

FIRST USE 5-2-2017; IN COMMERCE 5-2-2017

The mark consists of the term "LEADSMART" with the letters "L" and "S" capitalized. To the left of "LEADSMART" is a shield, contained within which are a series of lines, some of which are raised, to create the illusion of three dimensional waves, and inside the shield is a tear drop with a cross inside the tear drop.

OWNER OF U.S. REG. NO. 5160560

SER. NO. 87-448,282, FILED 05-12-2017

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1–360–783**

EFFECTIVE DATE OF REGISTRATION

**MAR 3 1 2006**
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Copper Pipe with Clamp - uncoated

**NATURE OF THIS WORK ▼ See instructions**

Photograph

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Pipe Restoration Technologies, LLC employer for hire of Larry Gillanders

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1953

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _Canada_
Domiciled in _USA_ }

**Was This Author's Contribution to the Work**
Anonymous?   ☑ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2001
This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _May_   Day _18_   Year _2001_
_Canada and USA_   Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Pipe Restoration Technologies, LLC
711 W. Kimberly Ave., Suite 100, Placentia, CA 92870

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
**MAR 3 1 2006**
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9 on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | *57)* | FORM VA |
|---|---|---|
| CHECKED BY | *Mryt* | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Susan Barricella, Rutan & Tucker, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Area code and daytime telephone number   ( 714 ) 641-5100          Fax number   ( 714 ) 546-9035
Email   sbarricella@rutan.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Pipe Restoration Technologies, LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Larry Gillanders                                      Date  *05/20/06*

Handwritten signature (X) ▼
X  *[signature]*

| Certificate will be mailed in window envelope to this address: | Name ▼ Susan Barricella, Rutan & Tucker, LLP |
|---|---|
| | Number/Street/Apt ▼ 611 Anton Blvd., Suite 1400 |
| | City/State/ZIP ▼ Costa Mesa, CA 92626 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029



```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002279685 / 2021-11-16

Application Title: Coated Copper Pipe.

Title:               Coated Copper Pipe.

Description:         Electronic file (eService)

Copyright Claimant:
                     Pipe Restoration Technologies, LLC, Transfer: By written
                        agreement.

Date of Creation:  2014

Date of Publication:
                     2014-10-19

Nation of First Publication:
                     United States

Authorship on Application:
                     Larry Gillanders; Citizenship: United States. Authorship:
                        photograph.

Rights and Permissions:
                     Lindsay Hulley, Rutan & Tucker, LLP, 18575 Jamboree Road,
                        9th Floor, Irvine, CA, 92612, United States, (714)
                        641-5100, trademarks@rutan.com

Copyright Note:      Regarding basis for registration: Registration does not
                        extend to any useful article depicted. Registration
                        extends to deposited photograph only. 17 USC 101,
                        102(a), and 113.

Names:               Gillanders, Larry
                     Pipe Restoration Technologies, LLC

===============================================================================
```

**Registration #:**    \*-APPLICATION-\*
**Service Request #:**    1-10987229931

## Mail Certificate

Rutan & Tucker, LLP
Lindsay Hulley
18575 Jamboree Road
9th Floor
Irvine, CA 92612 United States

**Priority:**    Routine        **Application Date:**    November 16, 2021

## Correspondent

**Organization Name:**    Rutan & Tucker, LLP
**Name:**    Lindsay Hulley
**Email:**    trademarks@rutan.com
**Telephone:**    (714)641-5100
**Address:**    18575 Jamboree Road
9th Floor
Irvine, CA 92612 United States

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:** Coated Copper Pipe

## Completion/Publication _____

**Year of Completion:** 2014
**Date of 1st Publication:** October 19, 2014
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Larry Gillanders
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** Pipe Restoration Technologies, LLC
3122 West Alpine Street, Santa Ana, CA, 92704, United States
**Transfer statement:** By written agreement

## Rights and Permissions _____

**Organization Name:** Rutan & Tucker, LLP
**Name:** Lindsay Hulley
**Email:** trademarks@rutan.com
**Telephone:** (714)641-5100
**Address:** 18575 Jamboree Road
9th Floor
Irvine, CA 92612 United States

## Certification _____

**Name:**  Lindsay J. Hulley
**Date**:  November 16, 2021
**Applicant's Tracking Number**:  029844.0005C





```
Type of Work:          Text

Registration Number / Date:
                       TX0006361732 / 2006-05-30

Title:                 ACE DuraFlo Systems, LLC website.

Description:           CD-ROM.

Notes:                 Printout (screen displays) also deposited.

Copyright Claimant:
                       ACE DuraFlo Systems, LLC

Date of Creation:  2004

Date of Publication:
                       2004-05-27

Names:                 ACE DuraFlo Systems, LLC

================================================================================
```

# EXHIBIT H



# Why Re-Pipe When You Can ePIPE®?

## Residential and Commercial ePIPE® Services

ePIPE®     eLINER





We want to make the ACE DuraFlo® solution as easy as possible for you to understand! That's why our website is designed to be informative and helpful. Check it out.

## ACE DuraFlo ePIPE- Pipe Restoration Process Animation



Recent Posts

- Pipe Replacement Solutions
- From the Field: Relined Coating Project with Florida Pipe Lining Solutions, LLC
- WBRC 7 Interviews Randy about Florida Pipe Lining Solutions
- REPAIR VS REPAIR
- Copper & Lead Plumbing in Historic Buildings Needs Modern Technology

# LeadSmart®

**LeadSmart®**

Based on proven barrier coating principles used by water utilities, ePIPE is focused on pipe repair using in-place restoration of small diameter pipes. Our pipe repair includes pipes as small as 6mm (1/2") in diameter.

Through an international network of company-owned and licensed applicators, ePIPE epoxy lining is installed in homes, hotels, hospitals, schools and more, providing protection against corrosion, leaks, and lead.

# EXHIBIT I

ePIPE is patented technology offers  the best in proactive water leak and contamination prevention and is protected by US Patents #7160574, #7517409, #7858149, #8033242, #8206783, #8343579, #8354140, #8399813, #8524320, #8696823 and #8795768, Canadian Patent # 2707023, European Patent #2099581 with multiple international patents pending.  As an alternative to complete pipe replacement, the ePIPE system is based on "in-place" pipe restoration technology.

# Why Re-Pipe When You Can ePIPE?

*REMEMBER... There is only one ePIPE® and it is protected under US Patents 7160574, 7517409, 7858149 and other patents pending.*

# EXHIBIT J







## Desert Regional Medical Center

Palm Springs, Ca

**The Desert Regional Medical Center located in Palm Springs, CA is a 388 bed, full-service, acute care facility. The main facility was built in 1951 and has undergone extensive modernization.**



**The Problem:** The problem they were experiencing was related to pipe corrosion in the piping system in the facilities chilled water and heating system. The two pipe heating-cooling system was made of Schedule 40 black steel main lines with soft copper branch lines. Pipe diameters ranged from 1/2" to 2 1/2". In addition to the main line being encrusted the soft copper branch lines had developed pinhole leaks. Strainers at the heating units had been installed previously to try and strain out the rust particles from the main line but now they were constantly getting plugged up by the debris. Given the need to have little or no patient or operational disruption, the traditional re-pipe option was ruled out by the facilities engineers.

**The Solution:** ACE DuraFlo® in-place pipe restoration. The piping system was isolated and conventional repairs carried out and then the piping system was restored in-place using the ACE DuraFlo® system of in-place pipe restoration. By restoring the piping system in-place the facility was able to remain in full operation.







## BOEING EVERETT FACTORY

Everett, WA

### ePIPE® Chosen to Protect World's Largest Aircraft Facility

**The Client:** One of the world's largest aero-space manufacturers, and an organization respected for its precision engineering and quality construction. When looking for a long term solution to preserve and protect some problem piping at their Puget Sound assembly facility, engineers investigated numerous solutions. Their Puget Sound Facility boasts the largest building in the world and is the assembly location for the company's jumbo jet fleet, including some of the world's largest jets.

Because the pipe was located under the tarmac in the flight line assembly area, engineers quickly determined that conventional digging and replacement of the pipes was simply out of the question. Fortunately, the Puget Sound engineering team was aware of the ePIPE® technology that the company had utilized in their fabrication facility in Auburn, Washington two years previously.



Satisfied with their past experience using ePIPE® restoration, and convinced that ePIPE® was the right solution for them at the assembly facility, the work was scheduled. The ePIPE® Team promptly responded to the challenge using the patented ePIPE® solution to clean and reline the pipes in place, without disturbing the tarmac.

**The Result:** The Project was completed with no delay or disruption to the customer's schedule.







## Fort Knox Army Base

Fort Knox, Kentucky

### The Army Corps of Engineers Picked ACE DuraFlo®

**Background:** BL Harbert International performs construction projects all over the world for the United States government. They recently finished 6 new administration buildings and 6 new readiness buildings. That's when the Army Corps of Engineers told them that they had to line the new copper pipes.

**The Problem:** The buildings on Fort Knox Army base have been experiencing piping failures in as little as 10 years. When The Army Corps of Engineers investigated the problem they found that the base had hard water and thus also a high level of copper content. Soon after the investigation, the Army Corps of Engineers mandated their contractors to use only plastic pipe on new construction. That mandate came after the BL Harbert project was started. In response to this situation, the Corps decided to handle the problem before it occurred and before the building was occupied.



**The Solution:** BL Harbert International and the Army Corps of Engineers picked ACE DuraFlo and their ePIPE® process to perform the first restoration work in both of their lengthy resumes. The project originally schedule for 12 weeks was condensed into a 6 week period at the request of the clients. Two ePIPE® restoration teams completed 2 buildings a week. The total project encompassed approximately 400,000 sq. feet.







## The Waterford

Kensington, MD

### 149 Units in DC Highrise's Piping System Restored with "water-on" Every Night

**The Problem:** The Waterford Condominium in Kensington, MD is a 149 unit, 14 story high-rise building that was experiencing pinhole leaks in its copper domestic water system. The condominium needed a cost-effective way to solve the problem of leaky pipes without the cost, construction times and destruction often associated with a traditional re-pipe.

**The Solutions:** The Waterford chose ePIPE®, its two-hour return to service product and the advantage of choosing the most experienced epoxy lining company in the industry.

The potable water pipes and recirculating system were relined within 20 weeks. Using its patented process, ePIPE® was able to fix the problem without severe disturbance to

# EXHIBIT K



# EXHIBIT L



**Proud Member of the U.S. Green Building Council**

The U.S. Green Building Council is a 501(c)(3) non-profit community of leaders working to make green buildings available to everyone within a generation.



**Approved For Internal Epoxy Barrier Pipe Coating Material**

The purpose of this acceptance criteria is to establish requirements for internal epoxy barrier pipe coating materials for water pipe to be recognized in an ICCEvaluation Service, Inc. (ICC-ES), evaluation report under the 2003 International Plumbing Code® (IPC) and the 2003 International Residential Code® (IRC). Bases of recognition are IPC Sections 102.4, 105.4 and 108.7, and IRC Section R104.11.



**Certified by NSF International**

This certification recognizes compliance with NSF/ANSI 61. Products appearing in the NSF Official Listing are authorized to bear the NSF mark.

# Certificate of Listing

IAPMO Research and Testing, Inc. is a product certification body which tests and inspects samples taken from the supplier's stock or from the market or acombination of both to verify compliance to the requirements of applicable codes and standards. This activity is coupled with periodic surveillance of the supplier's factory and warehouses as well as the assessment of the supplier's Quality Assurance System.

This listing is subject to the conditions set forth inthe characteristics below and is not to be construed as any recommendation, assurance or guarantee by IAPMO Research and Testing, Inc. of the product acceptance by Authorities Having Jurisdiction.

  

**US, CANADA AND LATIN AMERICA**

ANSI/NSFstd61 – National Sanitation Foundation, listed Standard 61, immediate return to service hot and cold potable water pipes.

**PLUMBING CODES**

UPC® – Uniform Plumbing Code, USA and Canada – listed for application to metallic and non metallic pressurized pipes.
IPC® – International Plumbing Code, listed domestic water piping.
IRC® – International Residential Code compliance, listed domestic water piping.
ICC-NES – International Code Council, National Evaluation Services- listed domestic water piping, PMG 1009 (Plumbing, Mechanical and Gas Code).

# EXHIBIT M



