Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Talya Goldfinger (State Bar No. 294926)
tgoldfinger@rutan.com
RUTAN & TUCKER, LLP
118575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs PIPE RESTORATION TECHNOLOGIES, LLC and ACE DURAFLO SYSTEMS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE RESTORATION TECHNOLOGIES, LLC, a Nevada Limited Liability Company; ACE DURAFLO SYSTEMS, LLC. a Nevada Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>FLORIDA DRAIN-LINING SOLUTIONS, LLC, a Florida Limited Liability Company; RONALD CODDINGTON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00237-FWS-DFM<br><br>**DECLARATION OF RONALD P. OINES IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY BRIEF TO RESPOND TO NEW EVIDENCE AND ARGUMENT IN DEFENDANTS' REPLY** |

I, Ronald P. Oines, declare as follows:

1. I am a partner with Rutan & Tucker, counsel of record for Plaintiffs Pipe Restoration Technologies, LLC and ACE Duraflo Systems, LLC in the above-captioned action. I am a member of the State Bar of California, and admitted to practice before this Court. I make this declaration in support of Plaintiffs' Unopposed *Ex Parte* Application For Leave To File Sur-Reply Brief To Respond To New Evidence And Argument In Defendants' Reply (the "Application"). I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would competently testify thereto.

2. On April 7, 2023, at approximately 3:52 p.m., I gave notice of plaintiffs' intent to file the Application by sending an email to counsel for Defendants, Cecilia Liu, Otto Lee and Kevin Viau. At 5:00 p.m. on April 7, 2023, I received an email from Defendants' counsel indicating that Defendants do not oppose the relief sought by this Application.

I declare under penalty of perjury under the laws of the United States that foregoing is true and correct.

Executed this 10th day of April, 2023, at Irvine, California.

Ronald P. Oines