Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Talya Goldfinger (State Bar No. 294926)
tgoldfinger@rutan.com
RUTAN & TUCKER, LLP
118575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs PIPE RESTORATION
TECHNOLOGIES, LLC and ACE DURAFLO
SYSTEMS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE RESTORATION TECHNOLOGIES, LLC, a Nevada Limited Liability Company; ACE DURAFLO SYSTEMS, LLC. a Nevada Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>FLORIDA DRAIN-LINING SOLUTIONS, LLC, a Florida Limited Liability Company; RONALD CODDINGTON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00237-FWS-DFM<br><br>Judge: The Hon. Fred W. Slaughter<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY BRIEF TO RESPOND TO NEW EVIDENCE AND ARGUMENT IN DEFENDANTS' REPLY** |

Rutan & Tucker, LLP
attorneys at law

2118/022688-0085
19026419.1 a04/10/23

[PROPOSED] ORDER GRANTING
PLAINTIFFS' UNOPPOSED EX PARTE
APPLICATION

# [PROPOSED] ORDER

Plaintiffs PIPE RESTORATION TECHNOLOGIES, LLC ("PRT") and ACE DURAFLO SYSTEMS, LLC ("ACE") (collectively, "Plaintiffs") filed their Unopposed *Ex Parte* Application For Leave To File Sur-Reply Brief To Respond To New Evidence And Argument In Defendants' Reply (the "Application").

Having considered the papers filed in support of the Application, the Court finds that good cause exists for granting the Application.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Application is GRANTED.

2. Plaintiffs may file a sur-reply up to 10 pages in length on or before April 13, 2023.

Dated: _____   _____
Honorable Fred W. Slaughter
United States District Court Judge