UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-cv-00237-FWS-DFM                                Date: April 17, 2023

Title: Pipe Restoration Technologies LLC *et al.* v. Florida Drain Lining Solutions, LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:           Attorneys Present for Defendants:

Not Present                                                  Not Present

**PROCEEDINGS: ORDER DENYING COUNSEL'S REQUEST FOR REMOTE APPEARANCE [23]**

The court has reviewed counsel Kevin Viau's "Request for Remote Appearance." (Dkt. 23.) Defendants' Motion to Dismiss or Transfer is set for hearing on April 20, 2023, at 10:00 a.m. (Dkt. 16.) The court's webpage instructs that all hearings held after February 1, 2023, will be conducted in person. The court's webpage further indicates that any request for a telephonic appearance must be supported by a declaration setting forth good cause for the remote appearance. In this case, counsel requests to appear remotely because he is located in San Jose, California, and would expend additional resources by traveling to attend the hearing. (Dkt. 23 at 1-2; Viau Decl. ¶¶ 2-4.) The court finds counsel has provided insufficient good cause to warrant a remote appearance and thus **DENIES** counsel's request to appear remotely. To the extent that Mr. Viau requires a continuance of the in-person hearing on April 20, 2023, any stipulation or other request for a continuance must be made by **12:00 p.m. PST** on **April 18, 2023**.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: mku