_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00237-FWS (DFMx)                                            Date: May 3, 2023
Title: Pipe Restoration Technologies LLC et al v. Florida Drain-Lining Solutions, LLC et al
_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   SCHEDULING ORDER**

     The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for May 18, 2023, and sets the following schedule:

| | |
|---|---|
| Check one: [x] Jury Trial  or  [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **8/13/2024** |
| *Parties' Estimated* Trial Length | **3-4 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **7/25/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **9/21/2023** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **1/25/2024** |
| Expert Disclosure (Initial) | **2/8/20214** |
| Expert Disclosure (Rebuttal) | **2/22/2024** |
| Expert Discovery Cut-Off | **3/7/2024** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **5/2/2024** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>  Select one:<br>    [ ] 1. Magistrate Judge<br>    [x] 2. Court's Mediation Panel<br>    [ ] 3. Private Mediation | **5/16/2024** |

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00237-FWS (DFMx)                                                   Date: May 3, 2023
Title: Pipe Restoration Technologies LLC et al v. Florida Drain-Lining Solutions, LLC et al

| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>   Declarations containing Direct Testimony, if ordered (bench trial only) | **7/3/2024** |
|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **7/11/2024** |

**cc: ADR**                                                                            Initials of Deputy Clerk:  mku