**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Pipe Restoration Technologies LLC, et al.
*Plaintiff(s)*

v.

Florida Drain-Lining Solutions, LLC, et al.
*Defendant(s).*

CASE NUMBER: 8:23-cv-00237-FWS-DFM

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

<u>Florida Drain-Lining Solutions, LLC and Ronald Coddington</u>   ☐ Plaintiff  ☒ Defendants  ☐ Other
*Name of Party*

to substitute   <u>Joseph A. Mandour, Gordon E. Gray and Ben T. Lila of Mandour & Associates, APC</u>   who are

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>8605 Santa Monica Blvd., Suite 1500</u>
*Street Address*

<u>Los Angeles, CA, 90069</u>   <u>jmandour@mandourlaw.com; ggray@mandourlaw.com; blila@mandourlaw.com</u>
*City, State, Zip*   *E-Mail Address*

<u>(858) 487-9300</u>   _____   <u>188896, 175209, 246808</u>
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record instead of   <u>Kevin Viau and Otto O Lee of Intellectual Property Law Group LLP</u>
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____   _____
U. S. District Judge