Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Talya Goldfinger (State Bar No. 294926)
tgoldfinger@rutan.com
RUTAN & TUCKER, LLP
118575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Plaintiffs PIPE RESTORATION TECHNOLOGIES, LLC and ACE DURAFLO SYSTEMS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE RESTORATION TECHNOLOGIES, LLC, a Nevada Limited Liability Company; ACE DURAFLO SYSTEMS, LLC. a Nevada Limited Liability Company,<br><br>Plaintiffs,<br>vs.<br><br>FLORIDA DRAIN-LINING SOLUTIONS, LLC, a Florida Limited Liability Company; RONALD CODDINGTON, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00237-FWS-DFM<br><br>Judge: The Hon. Fred W. Slaughter<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

3074/022688-0085
20282914.3 a03/18/24

STIPULATION FOR ENTRY OF JUDGMENT

1  Plaintiffs Pipe Restoration Technologies, LLC ("PRT") and ACE Duraflo
2  Systems, LLC ("ACE," together with PRT, "Plaintiffs") and Defendants Ronald
3  Coddington and Florida Drain-Lining Solutions, LLC ("FDLS," together with
4  Coddington, "Defendants"), by and through their respective counsel of record,
5  hereby stipulate as follows:

## **RECITALS**

A.  On February 7, 2023, Plaintiffs brought the present suit against Defendants for trademark infringement, false designation of origin, unfair competition, counterfeiting, false advertising and copyright infringement.

B.  Plaintiffs and Defendants (the "Parties") participated in a mediation before John R. Sommer and resolved this action in its entirety, and have executed a written Settlement Agreement concurrently with the execution of this Stipulation, which Stipulation is a requirement of the Settlement Agreement (the "Agreement"). The Agreement provides for execution of a Stipulated Judgment in this action upon the terms and conditions set forth herein:

## **STIPULATION**

WHEREFORE, the Parties agree and stipulate that Judgment shall be entered against Defendants, jointly and severally, and in favor of Plaintiffs as follows:

1. Defendants have infringed the following copyrights and trademarks owned by Plaintiffs:

    a. ACE DURAFLO® (Reg. No. 2,484,383);
    b. EPIPE® (Reg. No. 3,166,746);
    c. EPIPE® (Reg. No. 3,410,670);
    d. ELINER® (Reg. No. 3,442,802);
    e. LEADSMART® (Reg. No. 5,160,560);
    f. LEADSMART® with design (Reg. No. 5,354,763);
    g. VA1360783 for an image of a "copper pipe with clamp";
    h. VA227985 for an image of a "coated copper pipe"; and

i. TX0006361732 for the content of ACE's website.

2. Defendants have engaged in false advertising, including by:

a. Referencing Plaintiffs' patents throughout FDLS' website;

b. Including numerous testimonials and case studies on FDLS' website that have nothing to do with FDLS and are actually related to projects completed by Plaintiffs or Plaintiffs' licensees;

c. Falsely representing that FDLS has a registered trademark by including an "®" at the end of "Florida Drain-Lining Solutions, LLC"; and

d. Falsely representing that FDLS has various approvals and certifications for its process, such as NSF certification, when the approvals and certifications relate to Plaintiffs' business and processes and do not apply to FDLS' business, products or services.

3. Defendants shall pay Plaintiffs the amount stated in the Agreement and in the manner stated in the Agreement;

4. Defendants, and anyone acting with or for Defendants, are hereby permanently enjoined from (a) using any of Plaintiffs' trademarks identified above, or any trademarks that are confusingly similar thereto, (b) copying or otherwise using any of Plaintiffs' copyrighted materials, (c) taking any of the actions or making any of the representations described in Paragraph 2 above, and (d) otherwise stating or implying that Defendants are affiliated with Plaintiffs[1];

---

[1] This Stipulation shall not apply to, affect or modify the existing franchise relationship between ACE Duraflo Systems, LLC and Florida Pipe-Lining Solutions, LLC, ("FPLS") or the agreements relating thereto between those parties, and Coddington shall have the right and authority to act on behalf of FPLS in connection therewith.

5. Plaintiffs' Third Claim for Relief for Counterfeiting is dismissed with prejudice; and

6. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: March 18, 2024                    RUTAN & TUCKER, LLP


By:      */s/ Ronald P. Oines*
     Ronald P. Oines
     Talya Goldfinger
     Attorneys for Plaintiffs PIPE RESTORATION TECHNOLOGIES, LLC and ACE DURAFLO SYSTEMS, LLC


Dated: March 18, 2024                    MANDOUR & ASSOCIATES, APC


By:      */s/ Gordon E. Gray*
     Gordon E. Gray
     Joseph A. Mandour
     Ben T. Lila
     Attorneys for Defendants FLORIDA DRAIN-LINING SOLUTIONS, LLC and RONALD CODDINGTON

**L.R. 5-4.3.4 Attestation**

The electronic filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 18, 2024                    By:      */s/ Ronald P. Oines*
     Ronald P. Oines